NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7103

HENRY J. PALMER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 08-1723.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Upon review of Henry J. Palmer's recently filed notice of appeal, the court considers whether Palmer should be directed to show cause why his appeal of a decision of the United States Court of Appeals for Veterans Claims should not be dismissed as premature.

On May 8, 2009, Palmer filed a notice of appeal seeking review of the Court of Appeals for Veterans Claims' May 6, 2009 order denying Palmer's motion for a panel decision. It appears that the Court of Appeals for Veterans Claims has not yet entered judgment. Thus, it appears that Palmer's appeal is premature.

Accordingly,

IT IS ORDERED THAT:

(1)     Palmer is directed to respond within 21 days of the date of filing of this order why his appeal should not be dismissed as premature. The Secretary of Veterans Affairs may also respond within that time.

(2)     The briefing schedule is stayed.

FOR THE COURT

JUL 21 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Henry J. Palmer
        Jeanne E. Davidson, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2009

JAN HORBALY
CLERK

2009-7103                              2